**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| DALE PHILLIPS, and CHARLENE PHILLIPS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:26-cv-02987-SHL-cgc |
| DESCO, LLC, OLYMBEC USA, LLC, and YORK PROPERTIES, LLC, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER DENYING PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANT
DESCO, LLC TO RESPOND TO COMPLAINT**

Before the Court is the parties' Stipulation Extending Time for Desco, LLC to Respond to Complaint, filed August 11, 2026.  (ECF No. 7.)  The filing purports to give Defendant Desco, LLC ("Desco"), "a 30-day extension of time" to "respond to the Complaint in this cause."  (Id. at PageID 40.)

Desco filed its Notice of Removal on August 4, 2026.  (ECF No. 1.)  It appears Desco was not properly served before removal, but "[c]opies of Plaintiffs' Complaint and summons . . . were received by Desco on July 8, 2026."  (Id. at PageID 1.)  Therefore, Rule 81(c)(2)(C) governs Desco's deadline to answer or otherwise respond to the complaint "7 days after the notice of removal is filed."  Accordingly, Desco's deadline was August 11, 2026—the day Desco filed this Stipulation.

The request for extension was, while barely, made before the expiration of the deadline, so Rule 6(b)(1)(A) governs.  Therefore, the Court "may, for *good cause*, extend the time . . . before the original time or its extension expires."  Fed. R. Civ. P. 6(b)(1)(A) (emphasis added).  Good cause is shown by a party's diligence in attempting to meet deadlines, lack of prejudice to

the nonmoving party, and consideration of the length or number of extensions requested.  <u>Reed v. Tipton County</u>, No. 25-cv-02851, 2025 U.S. Dist. LEXIS 254597, at *2 (W.D. Tenn. Dec. 9, 2025) (citing <u>Inge v. Rock Fin. Corp.</u>, 281 F. 3d 613, 625 (6th Cir. 2002)).

Desco failed to address whether good cause exists for its requested deadline extension. (<u>See</u> ECF No. 7.)  Therefore, the parties' stipulation to extend Desco's deadline to answer or respond is **DENIED**.  To the extent any defendant seeks additional time to file a responsive pleading or to otherwise modify any deadlines in this matter, it shall file a motion with the Court, following the Federal Rules of Civil Procedure.  The parties are cautioned to seek extensions before the day of the deadline—the extension may not be granted.  And, given this Order, Desco's Answer or Response is due immediately.

**IT IS SO ORDERED,** this 12th day of August, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2